**CV 19 - 7202**  **ORIGINAL**

Dear Hon.,

I would like to request e-filing privileges for this case and would greatly appreciate your consideration for this privilege. Thank you in advance.

**MATSUMOTO, J.**

**BULSARA, M.J.**

Best,
David Wylde
D. Wylde



RECEIVED
DEC 23 2019
PRO SE OFFICE